# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMES MARTIN REESE,
                Appellant,
        vs.
VANESSA WRIGHT, A/K/A VANESSA
RIVES,
                Respondent.

No. 72611

**FILED**

APR 21 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order denying a motion to strike respondent's suggestion of bankruptcy notice, denying respondent's motion to strike appellant's complaint and for sanctions, and staying the district court proceedings. Eighth Judicial District Court, Clark County; Mark R. Denton, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No appeal lies from an order denying a motion to strike.[1]

---

[1]Moreover, the filing of a bankruptcy petition operates to stay, automatically, the "continuation" of any "judicial . . . action. . . against the debtor." 11 U.S.C. § 362(a)(1). As respondent is the debtor in the action below, the proceedings are stayed pursuant to federal law.

17-13378

We therefore conclude that we lack jurisdiction, and we ORDER this appeal DISMISSED.[2]

_____ , J.
Douglas

_____ , J.
Gibbons

_____ , J.
Pickering

cc:    Hon. Mark R. Denton, District Judge
James Martin Reese
Vanessa Wright
Eighth District Court Clerk

---

[2]We deny as moot respondent's "objection" to the notice of appeal.